LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
MEDITERRANEAN SHIPPING COMPANY S.A.,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    **ECF Case**

MEDITERRANEAN SHIPPING COMPANY S.A.,

      Plaintiff,     07 Civ. 8157 (VM)

 -against-        **RULE 7.1 DISCLOSURE STATEMENT**

SEA SHIPPING LINES and
BOHM ENTERPRISES LTD.,

      Defendant.
------------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Plaintiff MEDITERRANEAN SHIPPING COMPANY, S.A., certifies upon information and belief that said Plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Plaintiffs which are otherwise publicly held in the United States.

Dated: September 18, 2007
   New York, New York

            LYONS & FLOOD, LLP
            Attorneys for Plaintiff
            MEDITERRANEAN SHIPPING COMPANY S.A.

      By: _____
         Edward P. Flood (EPF-5797)
         65 West 36th Street, 7th Floor
         New York, New York 10018