UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X AFFIDAVIT OF SERVICE
MEDITERRANEAN SHIPPING COMPANY S.A         CASE # 07 CIV 8157

                                                Plaintiff,

- against -

SEA SHIPPING LINES
and BOHM ENTERPRISES LTD
                                      Defendant.
------------------------------------------------------------------X
STATE OF NEW YORK   )
                              ) ss.:
QUEENS COUNTY  )

      Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      On October 16, 2007, at approximately 2:53 pm, at 1299 Coney Island Avenue Brooklyn ,NY 11230, Deponent served the within Summons and Complaint, upon: **Bohm Enterprises Ltd**, by delivering to and leaving with Andy Bohm, Partner, a true and correct copy of said documents. At the time of said service, Andy Bohm, stated that he is duly authorized to accept service of legal documents behalf of Bohm Enterprises Ltd.

      Andy Bohm is described a white male, approximately 55-60 yrs. of age, 125-135 lbs.,5'0"-5'3"tall, with gray hair and wears glasses.

      At the time of said service ,Andy Bohm acknowledged service by signing a copy of the Summons.

                                                                       (Andrew Bartley)

Sworn to before me this
October 17, 2007

_____
              Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens City, New York City
Commission Expires November 17, 2009