8980 /SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Sea Shipping Lines
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING COMPANY S.A., <br><br> Plaintiff, <br><br> -against- <br><br> SEA SHIPPING LINES and BOHM ENTERPRISES LTD., <br><br> Defendants. | ECF Case <br><br> 07 Civ 8157 (Judge Marrero) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure for the Southern District of New York and to enable judge and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **DEFENDANT SEA SHIPPING LINES,** certifies that upon information and belief that **DEFENDANT SEA SHIPPING LINES** has no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: New York, New York
November 6, 2007

           CICHANOWICZ, CALLAN, KEANE,
           VENGROW & TEXTOR, LLP
           Attorneys Defendant Sea Shipping Lines

           By: / s / Stephen H. Vengrow
             Stephen H. Vengrow (SHV/3479)
           61 Broadway, Suite 3000
           New York, New York, 10006
           (212) 344-7042