```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY S.A.,

        Plaintiff,

  -against-

SEA SHIPPING LINES and
BOHM ENTERPRISES LTD.,

        Defendant.
------------------------------------------------------------X

ECF Case

07 Civ. 8157 (VM)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

The above-captioned matter having been settled pursuant to agreement by and between the parties,

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: January 30, 2008
      New York, New York

LYONS & FLOOD, LLP
Attorneys for Plaintiff
Mediterranean Shipping Company S.A.

By: _____
Edward P. Flood (EPF-5797)
65 West 36th Street, 7th Floor
New York, New York 10018

Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
Attorneys for Defendant
Sea Shipping Lines

By: _____ /per his email authority
Patrick Michael DeCharles, II (PMD-9984)
61 Broadway, Suite 3000
New York, New York 10006

SO ORDERED: 31 January 2008
_____
U.S.D.J.
**Victor Marrero**

U:\FLOODDOC\2549096\pleadings\Stipulation and order of discontinuance.doc